**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 734 MAL 2019

         Respondent                   :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

            v.                           :

                                        :

SEIFULLAH ABDUL-SALAAM,           :

                                        :

         Petitioner                   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.